UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br>v.<br><br>STRAIGHT FOUNDATION, INC., *et al.*,<br><br>    Defendants. | Civil Action No.: 25-12107 (ES) (JSA)<br><br><br><br><br><br>ORDER |

**THIS MATTER** having come before the Court on September 30, 2025, for an Initial Scheduling Conference which the Court converted into a Case Management Conference to address (i) the status of the case, (ii) Defendants' pending motions to dismiss and to stay discovery (*see* ECF Nos. 3 and 11), and (iii) the joint letter dated September 30, 2025, which includes a request by Plaintiff for leave to file an amended complaint (*see* ECF No. 12); and for the reasons set forth on the record, which are incorporated herein at length; and based on this Court's broad discretion in matters of scheduling and docket control, *see In re Fine Paper Antitrust Litig.*, 685 F.2d 810, 817 (3d Cir. 1982); and for good cause shown;

  **IT IS** on this 1st day of October 2025,

  **ORDERED** that:

1. **On or before October 1, 2025**, Plaintiff shall provide Defendants' counsel with a redlined version of Plaintiff's proposed amended complaint.

2. **On or before October 10, 2025**, Plaintiff shall, if Defendants consent, file the amended complaint on the Court's docket, pursuant to Federal Rule of Civil Procedure 15(a)(2). If Defendants do not so consent, Plaintiff shall file a letter on or before **October 10, 2025**, requesting a briefing scheduling for filing the motion to amend the complaint. As per the parties' agreement on the record, Defendants' obligation to answer or otherwise move in response to the amended complaint shall be held in abeyance pending completion of jurisdictional discovery (discussed in paragraphs 3 and 4, *infra*).

3. Defendants' motion to dismiss the original Complaint, pursuant to Federal Rules of Civil

      Procedure 12(b)(2) and (b)(6), (ECF No. 3), is **dismissed without prejudice**, pending the completion of limited jurisdictional discovery.

4. As discussed on the record, counsel shall meet-and-confer and, on or before **October 10, 2025**, submit a joint status letter and proposed scheduling order to govern limited jurisdictional discovery.

5. On or before **October 14, 2025**, Plaintiff shall file any motion to proceed by pseudonym. Defendants shall file any opposition on or before **October 28, 2025**. Plaintiff shall file any reply by **November 4, 2025**.

6. Upon receipt and review of the parties' anticipated October 10th status letter and proposed order, the Court will schedule the next status conference.

7. In light of anticipated jurisdictional discovery and the potential filing of an amended complaint, the Court will defer conducting the Initial Scheduling Conference and issuing a Pretrial Scheduling Order, pursuant to Local Civil Rule 16.1. Accordingly, Defendants' motion to stay merits discovery, (ECF No. 11), is **dismissed without prejudice**.

8. **FAILURE TO FOLLOW THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS PURSUANT TO FED. R. CIV. P. 16(f), 37**.

9. The Clerk of the Court is directed to terminate ECF Nos. 3 and 11.

                                                                         <ins>s/Jessica S. Allen</ins>
                                                                          **Hon. Jessica S. Allen**
                                                                          **United States Magistrate Judge**

cc: Hon. Esther Salas, U.S.D.J.