UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, whose initials are W.K.,<br><br>Plaintiff(s),<br><br>vs.<br><br>VIRGIL MILLER NEWTON, KIDS OF NORTH JERSEY, INC., its agents, servants, and/or employees, STRAIGHT FOUNDATION INC., its agents, servants, and/or employees, DRUG FREE AMERICA FOUNDATION, INC., its agents, servants, and/or employees, "ABC CORP 1-10", and "JOHN AND/OR JANE DOES 1-10" (the last three being fictitious designations),<br><br>Defendants. | Civil Action No.: 2:25-cv-12107-ES-JSA<br><br>Hon. Esther Salas<br><br>**LIMITED JURISDICTIONAL DISCOVERY SCHEDULING ORDER** |

THIS MATTER having come before the Court on the parties' agreement to conduct limited jurisdictional discovery prior to resolving the Motions to Dismiss filed by Straight Foundation, Inc. and Drug Free American Foundation, Inc.

IT IS on this 15th day of October, 2025,

ORDERED that the parties shall conduct limited jurisdictional discovery as to Defendants, Straight Foundation, Inc. and Drug Free American Foundation, Inc., as follows:

ORDERED that Plaintiff may serve up to six (6) interrogatories, pursuant to Fed. R. Civ. P. 33, on each Defendant, Straight Foundation, Inc. and Drug Free American Foundation, Inc., to be served by October 31, 2025;

ORDERED that Plaintiff may serve up to seven (7) requests for the production of documents, pursuant to Fed. R. Civ. P. 34, on each Defendant, Straight Foundation, Inc. and Drug Free American Foundation, Inc., to be served by October 31, 2025.

ORDERED that Defendants shall respond to Plaintiff's interrogatories and requests for production above no later than November 14, 2025.

ORDERED that, as the parties do not anticipate the need for depositions at this time, none will be ordered. However, in the event written discovery warrants the need for a deposition, the parties will meet and confer and, if unable to agree, seek Court permission to conduct said deposition(s).[*]

        s/Jessica S. Allen
        Hon. Jessica S. Allen
        United States Magistrate Judge

*A joint letter is due on or before **11/21/25**, addressing whether limited jurisdiction discovery has been completed.  A Telephone Status Conference is scheduled for **12/3/25 at 11:00 a.m.** The parties are directed to dial 1-855-244-8681 and then Access Code 23024029552# at the time of the Conference.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: October 15, 2025