**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**JOHN DOE,**

   **Plaintiff,**

  **v.**

**VIRGIL MILLER NEWTON, et al.,**

   **Defendants.**

---

**Civil Action No. 25-12107 (ES) (JSA)**


**<u>ORDER TO SHOW CAUSE</u>**

---

 **THIS MATTER** comes before the Court to address whether Plaintiff has demonstrated service of process upon Defendant Ruth Ann Newton ("Defendant Newton") in accordance with Federal Rule of Civil Procedure 4; and

 **WHEREAS**, on February 10, 2026, the Honorable Esther Salas, U.S.D.J. issued an Order, directing Plaintiff to file proof of service as to Defendant Newton on or before March 11, 2026 (ECF No. 29, the "February 10th Order"); and

 **WHEREAS**, on March 5, 2026, Plaintiff filed an Affidavit of Service, representing that Defendant Newton was allegedly served by providing a copy of the Summons and Complaint to an individual identified as "Jessa Kate Collins" at an organization named "Life Care" (ECF No. 30, "the Affidavit of Service"); and

 **WHEREAS** the Affidavit of Service lacks any specificity about why service on "Jessa Kate Collins" at "Life Care" satisfies the Rule 4 service requirements for Defendant Newton, and thus, does not appear to be in compliance with the February 10th Order; and

 **WHEREAS** the time to effectively serve Defendant Newton has otherwise expired pursuant

to the February 10th Order and Rule 4(m); and

    for good cause shown;

    **IT IS on this 8th day of April 2026,**

    **ORDERED** that, on or before **April 22, 2026**, Plaintiff is directed to show cause in writing why the Complaint against Defendant Newton should not be dismissed, without prejudice, for failure to timely serve.  *See* Fed. R. Civ. P. 4(m).

    s/Jessica S. Allen
    **Hon. Jessica S. Allen**
    **United States Magistrate Judge**

cc:    Hon. Esther Salas, U.S.D.J.

2