**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN DOE, | Civil Action No.: 25-12107 (ES) (JSA) |
| **Plaintiff,** | **ORDER FOR DISMISSAL** |
| v. | |
| **VIRGIL MILLER NEWTON,** *et al.*, | |
| **Defendants.** | |

**SALAS, DISTRICT JUDGE**

It appearing that the above-captioned matter having been pending for more than 90 days and plaintiff having failed to effect service during this time with respect to defendants Virgil Miller Newton, Kids of North Jersey, Inc., and the Estate of Miller Newton (*see* D.E. Nos. 27–30); and the Court having noticed plaintiff for dismissal pursuant to Federal Rule of Civil Procedure 4(m) and good cause not having been shown as to why defendants Virgil Miller Newton, Kids of North Jersey, Inc., and the Estate of Miller Newton should not be dismissed,

**IT IS** on this 8th day of April 2026,

**ORDERED** that the above case is hereby dismissed, pursuant to Federal Rule of Civil Procedure 4(m), *without prejudice* and without costs, as to defendants Virgil Miller Newton, Kids of North Jersey, Inc., and the Estate of Miller Newton.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**